**A P T Services, Inc.**  
8443 Riverside Drive  
Brighton, MI 48116

# STATEMENT

Statement Date: Nov 30, 2015  
Customer Account ID: Wears Like New, Inc.

Voice: (810)220-8237  
Fax: (810)229-7359

To:  
Wears Like New, Inc.  
P.O. Box 7100  
Flint, MI 48507

Amount Enclosed  
$ _____

| Date | Date | Invoice | Type | | | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/31/08 | | | | Balance Fwd | | | 100.00 |
| 12/9/10 | 12/24/10 | 2010444 | Part | | | 1,495.79 | 1,595.79 |
| 8/12/11 | 8/27/11 | 2011291 | | | | 1,478.00 | 3,073.79 |
| 9/7/11 | 9/22/11 | 2011308 | | | | 205.00 | 3,278.79 |
| 10/4/11 | 10/19/11 | 2011344 | | | | 2,341.25 | 5,620.04 |
| 12/8/11 | 12/23/11 | 2011375 | | | | 5,438.75 | 11,058.79 |
| 2/1/12 | 2/16/12 | 2012027 | | | | 2,702.50 | 13,761.29 |
| 3/27/12 | 4/11/12 | 2012174 | | | | 555.00 | 14,316.29 |
| 5/9/12 | 5/24/12 | 2012275 | | | | 426.25 | 14,742.54 |
| 6/7/12 | 6/22/12 | 2012291 | | | | 403.75 | 15,146.29 |
| 7/10/12 | 7/25/12 | 2012301 | | | | 210.00 | 15,356.29 |
| 8/9/12 | 8/24/12 | 2012315 | | | | 462.50 | 15,818.79 |
| 9/13/12 | 9/28/12 | 2012339 | | | | 201.25 | 16,020.04 |
| 10/17/12 | 11/1/12 | 2012366 | | | | 648.75 | 16,668.79 |
| 11/19/12 | 12/4/12 | 2012395 | | | | 231.25 | 16,900.04 |
| 1/14/13 | 1/29/13 | 2012411 | | | | 303.75 | 17,203.79 |
| 2/5/13 | 2/20/13 | 2012431 | | | | 303.75 | 17,507.54 |
| 3/14/13 | 3/29/13 | 2012522 | | | | 140.00 | 17,647.54 |
| 4/23/13 | 5/8/13 | 2012644 | | | | 22.50 | 17,670.04 |
| 6/4/13 | 6/19/13 | 2012665 | | | | 292.50 | 17,962.54 |
| 7/15/13 | 7/30/13 | 2012680 | | | | 690.00 | 18,652.54 |
| 8/15/13 | 8/30/13 | 2012702 | | | | 801.25 | 19,453.79 |
| 9/25/13 | 10/10/13 | 2012723 | | | | 1,343.13 | 20,796.92 |
| 10/30/13 | 11/14/13 | 2012771 | | | | 849.38 | 21,646.30 |

| | | | |
|---|---|---|---|
| 206.25 | 293.75 | 0.00 | 30,050.05 |

Late charges will be applied to all balances 30 or more days overdue.



Exhibit A

A P T Services, Inc.
8443 Riverside Drive
Brighton, MI 48116

Voice: (810)220-8237
Fax: (810)229-7359

# STATEMENT

Statement Date: Nov 30, 2015
Customer Account ID: Wears Like New, Inc.

Wears Like New, Inc.
P.O. Box 7100
Flint, MI 48507

Amount Enclosed
$ _____

| Date | Due Date | Invoice # | | Note | Amount | Balance |
|---|---|---|---|---|---|---|
| 12/18/13 | 1/2/14 | 2012786 | | | 3,478.75 | 25,125.05 |
| 2/4/14 | 2/19/14 | 2012814 | | | 237.50 | 25,362.55 |
| 3/13/14 | 3/28/14 | 2012965 | | | 887.50 | 26,250.05 |
| 5/7/14 | 5/22/14 | 2013122 | | | 775.00 | 27,025.05 |
| 6/6/14 | 6/21/14 | 2013164 | | | 300.00 | 27,325.05 |
| 7/15/14 | 7/30/14 | 2013200 | | | 612.50 | 27,937.55 |
| 8/5/14 | 8/20/14 | 2013220 | | | 37.50 | 27,975.05 |
| 9/24/14 | 10/9/14 | 2013249 | | | 112.50 | 28,087.55 |
| 10/21/14 | 11/5/14 | 2013286 | | | 162.50 | 28,250.05 |
| 12/4/14 | 12/19/14 | 2013301 | | | 250.00 | 28,500.05 |
| 1/30/15 | 2/14/15 | 2013322 | | | 337.50 | 28,837.55 |
| 5/22/15 | 6/6/15 | 2013331 | | | 887.50 | 29,725.05 |
| 8/6/15 | 8/21/15 | 2013346 | | | 325.00 | 30,050.05 |
| 10/16/15 | 10/31/15 | 2013379 | | Part | 293.75 | 30,343.80 |
| 11/30/15 | 12/15/15 | 2013407 | | | 206.25 | 30,550.05 |

| | | | |
|---|---|---|---|
| 206.25 | 293.75 | 0.00 | 30,050.05 |

Late charges will be applied to all balances 30 or more days overdue.